N THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **U.S. BANK TRUST NA**<br>**IN ITS CAPACITY AS TRUSTEE**<br>**FOR THE REGISTERED HOLDERS**<br>**OF MASTR ASSET BACKED**<br>**SECURITIES TRUST 2005-NC1,**<br>**MORTGAGE PASS-THROUGH**<br>**CERTIFICATES, SERIES 2005-NC1,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-2546-L-BK** |
| | § | |
| **TERESA WHITMIRE F/K/A**<br>**TERESA HUFFMAN,** | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER</u>**

On April 28, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 9) was entered, recommending that Defendant Teresa Whitmore's Motion to Dismiss (Doc. 7) pursuant to Federal Rule of Civil Procedure 12(b)(6) be denied because Plaintiff U.S. Bank has sufficiently pled a claim for breach of contract in this mortgage foreclosure action. No objections were filed within the 14-day deadline for filing objections to the Report. Having considered the Motion to Dismiss, the parties' briefs, the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** the Motion to Dismiss (Doc. 7).

**It is so ordered** this 11th day of June, 2026.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**